Patricia Halstead, Esq.
NV Bar No. 6668
Halstead Law Offices
615 S. Arlington Ave.
Reno, NV 89509
(775) 322-2244
Attorney for Defendant
Collection Service of Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANITRA BARBRE a/k/a ANITRA GEORGE,<br><br>        Plaintiff,<br><br>vs.<br><br>COLLECTION SERVICE OF NEVADA,<br><br>        Defendants. | Case No.: 2:17-cv-00793-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>(First Request) |

## **STIPULATION**

Plaintiff Anitra Barbre a/k/a Anitra George and Defendant Collection Service of Nevada hereby stipulate and agree to extend the deadline up to and including Thursday, May 25, 2017, for Defendant Collection Service of Nevada to answer or otherwise plead in response to the Complaint on file herein.

/ / /

/ / /

/ / /

This is Defendant Collection Service of Nevada's first request for an extension of this deadline. This Stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the parties' schedules and to allow time for the parties to discuss the case amongst counsel.

DATED this 27th day of April, 2017.

By /s/ Patricia Halstead
Patricia Halstead, Esq.
NV Bar No. 6668
Halstead Law Offices
615 S. Arlington Ave.
Reno, NV 89509
(775) 322-2244

*Attorney for Defendant*
*Collection Service of Nevada*

By: /s/ Robert Tzall
Robert Tzall, Esq.
Nevada Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way, Ste. 100
Henderson, NV 89011
(702) 666-2033

*Attorney for Plaintiff*
*Anitra Barbre a/k/a Anitra George*

## **ORDER**

IT IS SO ORDERED.

Dated this 28 day of April, 2017.

District Court Judge